AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| James D. McCalister | ) |
| *Defendant* | ) |

Case No.   1:10-cr-446

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States                                    .

Date:     08/29/2019

/s/ Philip Alito
*Attorney's signature*

Philip Alito, Assistant United States Attorney
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

philip.alito@usdoj.gov
*E-mail address*

(703) 299-3806
*Telephone number*

*FAX number*